UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-81167-WJZ

HOWARD COHAN,

    Plaintiff,

vs.

CAPITAL GRILLE HOLDINGS, INC.
d/b/a CAPITAL GRILLE #8035,

    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16(f)(2), hereby gives notice that Plaintiff and Defendant, CAPITAL GRILLE HOLDINGS, INC., have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully requests twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: August 19, 2016.

                              BY:   /s/ Peter S. Leiner
                                       Jason S. Weiss
                                       Jason@jswlawyer.com
                                       Florida Bar No. 356890
                                       Peter S. Leiner
                                       Peter@jswlawyer.com
                                       Florida Bar No. 104527
                                       **WEISS LAW GROUP, P.A.**
                                       5531 N. University Drive, Suite 103
                                       Coral Springs, FL 33067
                                       Tel: (954) 573-2800
                                       Fax: (954) 573-2798
                                       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19TH day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

                        BY: /s/ Peter S. Leiner
                              Jason S. Weiss
                              Jason@jswlawyer.com
                              Florida Bar No. 356890
                              Peter S. Leiner
                              Peter@jswlawyer.com
                              Florida Bar No. 104527