UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HOWARD COHAN,                      CASE NO.:16-cv-81167-WJZ

    Plaintiff,

vs.

CAPITAL GRILLE HOLDINGS, INC.
d/b/a CAPITAL GRILLE #8035,

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

    1.      Defendant, CAPITAL GRILLE HOLDINGS, INC. ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

    2.      This case shall be dismissed against Defendant with each party bearing their own attorneys' fees and costs.

                                        BY:    /s/ Jason S. Weiss
                                                     Jason S. Weiss
                                                     Jason@jswlawyer.com
                                                     Florida Bar No. 356890
                                                     Peter S. Leiner
                                                     Peter@jswlawyer.com
                                                     Florida Bar No. 104527
                                                     **WEISS LAW GROUP, P.A.**
                                                     5531 N. University Drive, Suite 103
                                                     Coral Springs, FL 33067
                                                     Tel: (954) 573-2800
                                                     Fax: (954) 573-2798
                                                     Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527