UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.16-81167-CIV-ZLOCH

HOWARD COHAN,

    Plaintiff,

vs.   **FINAL ORDER OF DISMISSAL**

CAPITAL GRILLE HOLDINGS, INC.
d/b/a CAPITAL GRILLE #8035,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Plaintiff'S Notice Of Voluntary Dismissal (DE 10). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff'S Notice Of Voluntary Dismissal (DE 10) be and the same is hereby approved, adopted and ratified by the Court;

    2. The above styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of August, 2016.

                                _____
                                WILLIAM J. ZLOCH
                                United States District Judge

Copies furnished:
All Counsel of Record